# DIVIDENDS REMITTED TO THE COURT

Case Number 09-38065 - MEAGHER, PETER MCGEE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| CHASE BANK USA NA<br>C/O CREDITORS BANKRUPTCY SERVICE<br>PO BOX 740933<br>DALLAS TX 75374<br>　FINAL DISTRIBUTION<br>　0918 | 000007 | 148.62 | 1.35 |
| ---------- Remittance Total ---------------- | | 148.62 | 1.35 |

John A. Hedback, Trustee

RECEIVED
11 JAN 20 AM 11:54
U.S. BANKRUPTCY COURT
ST. PAUL, MN